IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Warren Easley
Plaintiff

v

Deputy Rowe et al
defendants

FILED
SCRANTON

JUN 30 2025

PER _____
DEPUTY CLERK

# Complaint with Jury Demand

This is a civil rights action Filed by Warren Easley,
a state prisoner pursuing civil action for violation
of his rights claiming excessive Force, cruel and
unusual punishment, Failure to intervene, Failure to
train, cruel conditions, deliberate indifference, violation
of ADA, Equal protection, retaliation, Breach
of contract, denial of basic human need,
Failure to protect, American Disability Act
violation, seeking relief under 42 U.S.C § 1983
Plaintiff also brings state claims of
Breach of contract.

## Jurisdiction

1. This court has jurisdiction over the plaintiffs
claims of violation of Federal constitutional rights
under 42 USC.§§ 1331(1) and 1343.

2. The court has supplemental Jurisdiction over the
Plaintiffs state law tort claim under 28 U.S.C. 1367

1 OF 57

<u>Parties</u>

3. Warren Easley is the pro-se litigant in this civil action and at all times housed at S.C.I. Rockview in this action.

4. Defendant Rowe is the deputy superintendent in all claims in complaint at S.C.I. Rockview Box-A (Rockview Place Bellefonte PA 16823.

5. Defendant Soliman is the superintendent in all claims in complaint at S.C.I. Rockview.

6. Defendant Woodring is the Deputy superintendent in all claims in complaint at S.C.I. Rockview.

7. Defendant Dursr is the psychological manager in all claims in complaint at S.C.I. Rockview.

8. Defendant Davis is the Certified Registered Nurse Practitioner in all claims in complaint at S.C.I. Rockview.

9. Defendant Bowman is the Psychologist in all claims in complaint at S.C.I. Rockview.

10  Defendant Dawn is the registered nurse at all times in complaint at S.C.I. Rockview.

11  Defendant Erin smith is the registered nurse at all times in complaint at S.C.I. Rockview.

12  Defendant smith is a correctional office at all times in complaint at S.C.I. Rockview.

13  Defendant Burns is a correctional officer at all times in complaint at S.C.I. Rockview.

14  Defendant macintyre is a correctional officer at all times in complaint at S.C.I. Rockview.

15  Defendant shreshbey is a correctional officer at all times in complaint at S.C.I. Rockview.

16  Defendant LT Vogt is a Lieutenant at all times in complaint at S.C.I. Rockview.

17  Defendant Vangorder is a major at all times in complaint at S.C.I. Rockview.

18  Defendant miller is a unit manager at all times in complaint at S.C.I. Rockview.

19 Defendant lansberry is a consuler at all times in compliant at S.C.I. Ruckview.

20 Defendant Marsh is the regional psychologist manager at all times in complaint at central office of D.O.C.

21 Defendant wenerowice is the Executive secretary at all times in complaint at central office of D.O.C.

22 Defendant Stien is the Regional psychologist at all times in complaint at central office of D.O.C.

23 Defendant schneider is the Regional psychologist at all times in complaint at central office of D.O.C.

24 Defendant Seymore is a lieutenant at all times in complaint at S.C.I. Ruckview.

25 ~~Fire and~~ Defendant Fire and safety John Doe is Fire and safety manager at all times in complaint at S.C.I. Ruckview.

26 Defendant Frank is a captain at all times in complaint at S.C.I. Ruckview.

27. Defendant Weber is a correctional officer at all times in complaint at S.C.I. Rockview

28. Defendant Stryker is a correctional officer at all times in complaint at S.C.I Rockview.

29. Defendant Groth is a correctional officer at all times in complaint at S.C.I. Rockview.

30. Defendant Hummel is a correctional officer at all times in complaint at S.C.I Rockview.

31. Defendant Richard is a correctional officer at all times in complaint at S.C.I. Rockview.

32. Defendant Sergie is a nurse assistant at all times in complaint at S.C.I. Rockview.

33. Defendant Snyder is a correctional officer at all times in complaint at S.C.I. Rockview.

34. Defendant Sherman is a lieutenant at all times in complaint at S.C.I. Rockview.

35. Defendant Fye is a correctional officer at all times in complaint at S.C.I Rockview.

36 Defendant Tom is a correctional officer at all times in complaint at S.C.I. Rockview

37 Defendant Thompson is a correctional officer at all times in complaint at S.C.I. Rockview.

38. Defendant Bagrosky is a correctional officer at all times in complaint at S.C.I. Rockview.

39 Defendant Meyers is a captain at all times in complaint at S.C.I. Rockview.

40 Defendant Mauk is the C.H.C.A. at all times in complaint at S.C.I. Rockview.

41 Defendant John Doe 1-10 are correctional officers at S.C.I. Rockview that cannot be identified at this point

Breach of contract, Retaliation, Equal protection,
violation of ADA

42 Plaintiff entered a settlement agreement with
Department of corrections February 7 2023. Part
of this agreement was to send plaintiff to
Rockview Bmiu. and provide plaintiff with a
Path off R.R.L. in "good Faith."

43 Plaintiff was transferred to S.C.J. Rockview
Bmiu. on 3·8·23

44 once plaintiff came to S.C.J. Rockview plaintiff
began to Challenge his conditions by Filing
grievances.

45 Plaintiff went in front of P.R.C. that had defendants
Rowe, woodring, Vangoeder, and miller present. Although
plaintiff has done what is required Per policy
to move his phase defendant Rowe stated plaintiff
will be denied his phase.

46 Defendant Rowe stated plaintiff will be denied
his phase due to Filing grievances is negative
behavior and plaintiff will make it harder on
himself if he continues to File grievances.

7 of 57

47  5.4.23 plaintiff went in front of P.R.C. again for his phase advancement when Defendant Rowe Defendant woodring, Defendant miller, Defendant Durst and Defendant LT vogt was present.

48  Defendant Rowe began to raise his voice at plaintiff stating plaintiff is not ready for his phase advancement due to plaintiff filing a grievance about a mental health issue.

49  After P.R.C. Defendant Rowe, Defendant woodring and Defendant miller made a round on the unit in which defendant Rowe stated "your settlement wont work here."

50  Plaintiff was denied his phase again due to defendants motivation to ensure Plaintiffs settlement agreement "wont work here" and due to plaintiff being a frequent grievance filer.

51  10.24.23 Plaintiff went in front of P.R.T. which Defendant miller stated "if it was up to me you would go to phase 2 on a modification and never come out of cuffs." which not only violate settlement agreement but violate Program mission and policy.

8 of 57

52  10·25·23  Plaintiff attend P.R.c. which includes Defendant Rowe. Defendant wooding and Plaintiff was denied his phase advancement due to Filing grievances.

53  Plaintiff reached every benchmark to get his phase and done so double the amount of required time as Plaintiff has went to 90% of groups and 60% is required. Plaintiff caught no misconducts, kept cell clean and has "progress made" on treatment plan.

54  Defendants Rowe, miller, wooding and Solamon were actively denying plaintiffs phase advancement due to not wanting plaintiff to succeed due to plaintiff winning a settlement and for plaintiff filing grievances.

55  11·8·23. plaintiff was denied his phase advancement although plaintiff has reached all benchmarks per policy as Defendants Rowe, Defendant wooding and Defendant Solamon has done even to retaliate against plaintiff due to settlement agreement and due to plaintiff filing grievances which Defendants have stated on numerous occasions.

56 3-12-24 plaintiff has spoken to Defendant lansberry who was Plaintiffs Consuler on the B.imiv.

57 Defendant lansberry stated "No matter what Plaintiff will not get his vote for phase advancement."

58 Defendant lansberry stated plaintiff "minipolated by coming here due to settlement" which violates Plaintiff "good Faith" agreement in settlement and solidify retaliation.

59 5-29-24 Plaintiff was denied his phase advancement although plaintiff has reached all benchmarks to obtain his phase per Policy.

60 Defendant Rowe, Defendant woodring, Defendant miller, Defendant lansberry, Defendant Vurst and Defendant Bowman all involved in plaintiffs progression has conspired to deny plaintiffs phase advancement due to plaintiff Filing grivances and settlement agreement.

61 On 5-22-24 Defendant Bowman stated Plaintiff will not get his vote for phase advancement due to plaintiff filing grievances, and self harm.

62 8·8·24 Plaintiff spoke to P.R.C. Defendant Rowe and Defendant Woodring in which Defendant Rowe stated I will be failed out the B.m.u. program for "Filing over 120 grievances" and "you shouldn't of been put here you was only sent here cause of your settlement and I made sure that did not work."

63 Plaintiff iterated that he hasnt had a misconduct in months and Defendant Rowe stated "but your easley. And you have to be treated different than everybody. Easley you know that."

64 Plaintiff brings Breach of contract against Defendants, Rowe, marsh, wenuerowics, Stien, Sorada Schneider, Woodring, Solamon.

<u>Cruel conditions of confinement, cruel
and unusual punishment, denial of
basic human need.</u>

65 Upon being transferred to S.C.I. Rockview
Plaintiff immediately felt the effects of
lack of Air circulation at S.C.I. Rockview
Due to both vents in the cell inoperateable.

66 One vent typically blows air and the second
typically sucks in Air.

67 At S.C.I. Rockview No vents were circulating
at all which led to the constant smell of
Feces, urine, and inmates body odor.

68 The vents had a strong smell due to
them not clean in decades and being
inoperateable.

69 No heat blew in the cell which made
the cell truly unbearable to live in due
to Frigid cold Air.

70 No air conditioning led to the walls
sweating, vents sinking a sour smell, the smell
of feces was strong and very hot

throughout the day and night.

71. Plaintiff would wake up sweating on hot nights due to no air conditioning and no air circulation.

72. No Fans were on unit and plaintiff was prohibited to purchase a Fan.

73. Plaintiff looked into his vent and noticed mold and alot of caked up dust and dirt.

74. 3-19-23 Plaintiff wrote defendant Seymore about Air quality in cells and it being Freezing cold at night. Defendant Seymore told plaintiff "Your at a old Jail what you expect".

75. on 3-24-23 plaintiff wrote Fire and safety regarding Vents and lack of air circulation to no avail.

76. Plaintiff wrote a request to defendant Soliman, Rowe and woodring to no avail, on 4-29-23, 5-8-23 and 5-12-23 timing to solve issue.

77  3·19·23  plaintiff woke in middle of the night afraid as plaintiff had difficulty breathing and was freezing cold.

78  4·5·23  plaintiff spoke to defendant Rowe and miller about air ventilation, air quality and the freezing cold to no avail.

79  5·21·23  plaintiff at this point was struggling due to waking up in middle of night having trouble breathing, smell of feces, urine and pounding on the doors.

80  Due to plaintiff housed in Bimini program and close proximity to M.H.V. unit where severely mentally ill inmates are housed plaintiff constantly was awoken by banging on the door and smell of feces.

81  Defendant miller had knowledge of such and spoke to plaintiff about smell of feces, lack of air circulation in which defendant stated "deal with it"

82 6-19-23 plaintiff was placed in a "hard cell" where the cell was never cleaned and used as a punishment cell.

83 This cell was filled with feces, urine and blood and has constant illumination. Plaintiff was denied cleaning supplies. Plaintiff spoke to defendant miller about this cell to no avail

84 Plaintiff was forced under constant illumination from 6-19-23 to 7-10-23.

85 Plaintiff could not sleep in such "torture cell" under constant illumination, bugs everywhere and the steady smell of feces and urine.

86 This hard cell is intentionally uncleaned when inmates leave it contaminated to punish those who go in cell.

87 6-23-23 and 6-29-23 plaintiff wrote soliman and ~~grusup~~ defendants Rowe, woodring and miller about such to no avail.

88  Plaintiff began to notice small silver bugs coming out the vent on 6.23.23 and had a foul smell coming out the vent when effected plaintiffs sleep.

89  Due to summer time and lack of any air circulation plaintiff walls in cell began to sweat as it was very humid to the point plaintiffs clothes would be soaked with sweat

90  Plaintiff requested to purchase a fan only to be denied.

91  8.4.23 Plaintiff was struggling in cell due to it so hot and lack of air circulation, no fan and humid unbearable conditions.

92  It was difficult to breathe at this time in cell which defendant Soliman, Rowe, Woodring, Miller and LT Vogt was well aware of and failed to remedy.

93 on 8-4-25 the smell coming out of plaintiffs vent was foul and sour smelling.

94 Plaintiff seen silver little bugs come out of vent along with ants, Roaches and other unidentified bugs.

95 Plaintiff was awaken with bugs on him on 8-4-25 and numerous of times.

96 This effected plaintiffs sleeping and consistently woke him up at night.

97 The lack of Ventilation and air qaulity is more relivant during the summer months and the bugs come out, vents sink so back due to mold and it so hot its difficult to breathe.

98 The heat index in cell was well above 90 during this time.

99 on 8.11.23 plaintiff was approached by defendant Vogt stating defendant miller, Rowe and Woodring was placing plaintiff in a hard cell in retaliation for filing grievances and for a settlement agreement plaintiff had won with the D.O.C.

100 Defendant LT Vogt stated "see if your lawyer or settlement get you out of this one." and "You will be placed on all restrictions. File a lawsuit on that."

101 The hard cell I was placed in on 8.11.23 had feces on the walls, blood and urine by toilet and sink. the smell was giving plaintiff a headache and the fumes were so strong plaintiffs eyes burnt.

102 Plaintiff was also under constant illumination and could not control his light in this hard cell.

103 Plaintiff was placed on finger food diet restriction by defendant Frank although plaintiff was on a strict medical diet due to gunshot wounds.

104  Plaintiff never abused his food.

105  Plaintiff was denied a mattress, blankets, hygiene, shower, toilet paper or any legalwork although plaintiff never abused none of it.

106  Plaintiff was denied yard and denied to even brush his teeth due to retaliation by defendants LT Vogt, Frank, Roweo, miller and woodring.

107  Plaintiff was forced in this cell for 3 days under constant illumination, in a contaminated area, no mattress, no hygine product, Finger Food diet, No toilet paper or blanket.

108  Plaintiff was placed back in his cell 8·14·23 but was left on food restriction for 7 days straight from 8·11·23.

109  Plaintiff was not provided his medical diet from 8·11·23 to 8·18·23 without explination

110 Plaintiff could not eat things in Finger Food diet and began to lose weight.

111 Plaintiff was awaken on 1-25-24 due to breathing issue as so much mucus was in nasal passage and chest.

112 The lack of vents effected air qaulity with no air circulating which effected Plaintiffs sleep and daily routine.

113 This continued from 3-19-23 to October of 2024.

114 The air qaulity is beyond liveable and very much rough as there is no aire circulation and low air qaulity which makes Summers and Winters very ~~rough~~ rough.

115 In the winter no extra blankets were provided.

116 In the summer no Fans were provided and prohibited to purchase.

<u>Cruel and unusual punishment, excessive force,
Failure to intervene, Failure to train. Due process,
Retaliation</u>

117  6.16.23  Plaintiff was returning from foot
surgery in a wheelchair with both feet
heavily bandaged with strict orders from
Doctor to stay off Feet.

118  Plaintiff was being escorted to the medical
department by Defendant Hummel and
Defendant Groth and Defendant sergie.

119  Plaintiff was dizzy, lightheaded, weak and hungry
due to plaintiff having to Fast For 2
days before surgery due to being put
under anesthesia

120  once at medical Defendants weber and Defendant
stryker ~~received~~ received him along with
Defendant nurse Dawn.

121  once in Hallway all Defendants weber, stryker,
Groth and Hummel was present when defendants
Dawn and sergie took plaintiffs vitals.

2₁ of 97

122 Plaintiff requested a tray due to being famished in which Defendant weber stated "you will not come up here making demands boy"

123 Plaintiff stated "I never met a intelligent racist" which Defendant weber stated "I'm not the one, your lucky I didnt call you monkey boy"

124 Defendant Dawn stated plaintiff can go to cell. Plaintiff then stated the Dr. order was for me to go to infirmary for 44 hours.

125 Defendant weber then stated "I thought I told you you dont make demands down here."

126 Plaintiff stated "ok Genius" in which Defendant weber began to punch plaintiff in head and neck area which knocked plaintiff out the restraint chair.

127  At no point was plaintiff resisting, aggressive or attempted to assault Defendant weber as Plaintiff was in wheelchair initially with heavily bandaged feet docile.

128  As plaintiff hit the floor defendant weber then Jumped on plaintiff and placed plaintiff in a headlock and began to twist and Jerk plaintiffs neck as if he was to break it.

129  This assault continued for too 80 in when defendant weber began screaming "I told you dont play with me" or "you wanna run your mouth"

130  The whole time defendants Stryker, Hummel and Groth Failed to intervene and stop this assault

131  Defendant Stryker called for a Ranking officer in which weber released my neck and got up.

132    As Weber got up and seen plaintiff gasping for air in a vulnerable position defendant Weber kicked plaintiff in the ribs twice with brute force causing plaintiff to literally roll over in pain

133    Defendants Groth, Stryker, and Hummel failed to intervene this attack and had many opportunities to do so but let plaintiff be assaulted

134    Plaintiff then found out this is a common area where inmates get assaulted due to this medical area is one of only spots that do not have cameras in this area

135    6/19/23 after surgery on both feet plaintiff still had both feet wrapped up with heavy gauze and could barely stand.

136    Plaintiff was taoken to shower and was placed in a regular shower instead of a handicap shower as plaintiff could barely stand.

137    Plaintiff attempted to shower but fell twice due to him unable to stand up Plaintiff injured his hip/back Plaintiff was to be taoken from shower and requested a wheelchair and to speak to ranking officer

138  Defendant Burns, smith and macintyre came to escort Plaintiff and refused to get a ranking officer and a wheelchair.

139  I was refused both and defendants smith, Burns, macintyre made Plaintiff walk knowing Plaintiff Fell in shower and had feet bandaged with gauze and could barely stand.

140  Plaintiff came out shower unable to walk without unbearable pain in hip/back and feet. Plaintiff stopped walking due to soo much pain and request a wheelchair and a LT (ranking officer)

141  Plaintiff was denied defendant burns stated "Keep walking or Ima dump you" at this time Plaintiff was not aggressive or combative but docile in pain.

142  Note defendants Burns, smith and macintyre and all B.m.u. (Behavioral management unit) guards and are supposed to have proper training to work on unit to de-escalate issues before contacting a LT or a use of Force.

143  As plaintiff began to request a wheelchair due to pain Defendants smith, Burns and macentyre proceeded to grabbed plaintiff by his legs, shoulders and slam him on his head and shoulders.

144  Plaintiff was in a cuff belt at the time and not combative or resisting.

145  once on the ground c.o. smith began to put all his weight on plaintffs chest to cause death as defendant smith weighs at leat 325.

146  while on ground defendant burns, macentyre, c.o. John Doe 1, John Doe 2, John Doe 3 and John doe 4 began to punch, kick and twist plaintffs body to cause harm

147  Defendant vangordvr did not properly train defendants when led to assault.

148  Plaintffs neck was grabbed while on ground by defendants while defendant rook stood by and failed to intervene and let defendants punch, kick and choke and twist plaintiffs body

149 Plaintiff was then placed in restraint chair after shackles was placed on Plaintiffs ankles very tight.

150 Plaintiff was still in cuff belt around his waist and was not resistant.

151 While in chair defendant macintyre put his feet on shackles stepping on shackles putting his weight on plaintiff causing plaintiff pain intentionally.

152 Defendant John Doe1 began to choke plaintiff while in restraint chair, cuff belt and shackles attempting to kill plaintiff while defendant macintyre, Burns, smith, John Doe2, John Doe 3, John Doe 4 and defendant rook failed to intervene

153 The belt on plaintiff ankles was placed over shackles by defendants very tightly causing plaintiff unbearable pain.

154 Defendants are trained specifically not to placed restraints over shackles

155

At no time was plaintiff resistant during this excessive force by defendants on 6-19-23

156  Plaintiff was not placed in recovery position per training when plaintiff was placed on the floor instead defendant smith put his body weight on plaintiff attempting to cause harm.

157  Defendants were not properly trained and intented to cause plaintiff harm.

158  7-6-23 defendant sheesley came around to serve lunch trays. plaintiff is on a special diet due to gunshot wounds which require plaintiff to get a bag and a tray (6 small meals)

159  When defendant sheesley came to plaintiff door with trays stating "what you get a diet" in which plaintiff told defendant sheesley that plaintiff gets a tray and a bag in which defendant sheesley stated "I doubt that"

160 Defendant sheesley then only gave plaintiff his meal bag. Plaintiff noticed his tray with his name on it and told Defendant sheesley such.

161 Defendant sheesley stated "I dont fucking work down here either take the bag or nothing". Plaintiff then attempted to show defendant sheesley his menu in which defendant sheesley said "stop acting like a bitch".

162 Plaintiff attempted to grab his bag out the slot in which defendant sheesley intentionally slammed plaintiffs left hand in the slot with brute force.

163 Plaintiff was in immense pain and such prevented plaintiff from making a full fist or doing push ups.

164 Plaintiffs hand swelled up due to such excessive force that was intentional by defendant sheesley.

165  Defendant Sheesley was not properly trained by defendant miller, LT Vogt, Rowe and woodring.

166  Plaintiff was in a specialized program which is supposed to only have contact with gaurds that have the proper training that defendant sheesley did not have.

167  7-3-23 plaintiff was tooken to medical by defendants LT Vogt, Defendant Richard and defendant snyder

168  once in medical defendant LT Vogt stated "let the games begin" which plaintiff ignored but was alert as it is common for inmates to get assaulted in medical area which is only spot in Jail with no camera.

169  Plaintiff was waiting to go in medical room in which defendant LT Vogt stated "Face the wall" in which plaintiff did.

170  Plaintiff attempted to balance himself on wall when defendant LT Vogt banged plaintiff head off the wall stating "there are no

171 Cameras up here pussy. I will do you like
   C.o. weber did. we will kill you up here
   pussy"

172 Defendants Richard and snyder Failed to
   intervene this assault

173 At no point was plaintiff able to defend
   himself nor was plaintiff combative or
   resisting.

174 Defendant LT vogt seemed out of control
   as defendant LT vogt began to foam
   out the mouth during this assault
   as if he enjoyed such.

175 Defendant LT vogt continued "I will break
   your fingers". Plaintiff was very scared
   due to plaintiff in cuffs.

176 Plaintiff began to get dizzy and
   exhibited concussion symptoms due
   to this assault. Plaintiff began to
   get migraine headaches due to assault
   by defendant LT vogt.

177 8·28·24 plaintiff was on a hunger strike in which defendant sherman approached plaintiffs door stating he will be forced to accept medical treatment although no court order has been obtained.

178 Plaintiff iterated to defendant sherman "I have the right to refuse medical treatment"

179 Defendant sherman stated "I dont know you. This is my first time dealing with you. So Ima tell you Deputy Rowe and superintendent solomon told us to come in and fuck you up. Is this what you want"

180 I iterated to sherman I have the right to refuse medical treatment.

181 Sometime later Defendant sherman by direction of Defendant Rowe and Defendant solomon approached my door with a Armored team stating plaintiff has to consent to medical treatment or plaintiff will be sprayed with o/c.

182 Plaintiff then complied with orders to come to the door and cuff up due to fear of being sprayed with OC/ mase.

183 once plaintiff was cuffed up plaintiff was compliant, docile and never resistant as plaintiff was weak Defendant sherman followed through on his threats.

184 Although plaintiff was compliant to violation of plaintiffs due process on invasion defendant John Doe 5 slammed plaintiff to the bed by his neck as John Doe 6 put on shackles and stepped on shackles while plaintiff was held down by his neck.

185 Plaintiff was laying on his back struggling to breathe due to twisted position and John Doe 5 hand on plaintiffs neck choking plaintiff plaintiff never refused any order.

186 Defendants began to cut off plaintiffs clothes although plaintiff never refused to strip out and be searched.

187 This was done to further retaliate, punish and torture plaintiff.

188 Defendants then began to punch and twist plaintiffs body John Doe 5, John Doe 6 John Doe 7 and John Doe 8.

189 While naked on plaintiffs back John Doe 5 banged plaintiffs head off the bed although plaintiff was never resistant and was cuffed and shackled.

190 Defendant John Doe 5 continued to keep his hand around plaintiffs neck and choke plaintiff

191 Plaintiff was forced to comply with medical treatment. As a doctor/nurse took vitals and examined plaintiff.

192 Plaintiff was then lifted naked and placed on restraint chair where defendant John Doe 6 punched plaintiff in his face as plaintiff was in shackles, cuffs, waist belt, and shoulder straps.

193. Defendant John Doe s then bent plaintiff body all the way to plaintiffs knees. and pushing down with brute force in attempt to cause plaintiff death and position was abnormal and defendants are trained not to do such as it can cause death.

194. Plaintiff suffered back pain, swelling in face, cut marks in ankles due to tight shackles and defendants hand marks creating abrasions around plaintiffs neck.

195. Sometime later Defendant Rowe stated He sent team in on plaintiff due to plaintiff promulgating that defendants Rowe got convicted of having child porn and is now a inmate in PA D.O.C.

196. 10-1-24 Plaintiff was placed in restraint chair due to self harm. Defendant Sherman placed plaintiff in restraint chair at around 10:20.

197. Plaintiff is to be excercised every two hours in restraint chair.

198 Around 1:00 Defendant Vogt came to plaintiff asking do plaintiff want a excercise. Plaintiff stated yes in when defendant Vogt stated "well you shouldve thought of that before you sued me. you dont get no excercise."

199 Plaintiff sat in restraint chair from 10:30 to 4:30 approximately with no excercise by direction of defendant Rowe, defendant Solomon, Defendant Row and Defendant Vogt.

200 Note Defendants are to get approval from the regional Deputy secretary at central office to keep plaintiff in restraint chair longer than 4 hours which never took place per policy.

201 once plaintiff was tooken out restraint chair plaintiffs back, hips and legs where either in pain or numb.

202 Plaintiff could not walk due to denial of exercises. And plaintiff have trouble walking and suffered back, hip Pain for days due to cruel and unusual punishment

203  10-1-24  Plaintiff was placed in a Kuff bag and
         intermediate Restraint system (I.R.S) Which is two
         different restraint systems with two different
         Policies.

204  The I.R.S. and Kuff bag and to be properly
         Placed by itself and Defendants named only
         train to put on one at a time.

205  Plaintiff was placed in Kuff bag and I.R.S.
         by Defendant McKvalley by direction of Defendant
         meyers, Defendant Rowe, Defendant woodring and
         Defendant Soliman.

206  Defendants named had a meeting and all agreed
         to place plaintiff in I.R.S. and Kuff bag with
         knowledge of such is against policy and will
         cause plaintiff harm.

207  Plaintiff arms were twisted down causing shoulder
         pain due to improper placement. Plaintiff was also
         placed in shackles and left in cell in such
         torturous position.

208 Some time later Defendant approaches plaintiff cell stating if plaintiff wanted a exercise. Plaintiff refused. Defendant mckaulley then went to make a phone call and came back to plaintiff.

209 Defendant McKaulley came back to plaintiff stating if he dont do excercise defendant meyers told Defendant mckaulley to come in with Force.

210 Plaintiff was still in kuff bag, I.R.S. and shackls leaving plaintiff immoble and clearly very limited movement.

211 Defendant mckaulley approaches plaintiffs door with Defendant Fye, Defendant Tom, Defendant bagrosky and Defendant John Doe 9

212 Defendant McKaulley then opened up door in which plaintiff was still in kuff bag and I.R.S. and shackles.

213 Defendant Fye who is 6'6 over 425 came in and threw plaintiff over the bed although plaintiff was docile in restraint and shackles.

38 of 57

214  Plaintiff landed on his head and shoulders unable to brace his fall due to restraints and shackles.

215  Defendants then jump on plaintiff in which Defendant Fye banged plaintiffs head off the floor. Defendant John Doe 9 began to punch Plaintiff Defendant Thompson, Tom and bagrosky began to twist plaintiff body, legs causing Plaintiff pain and proceeded to use shackles to cut into plaintiffs skin.

216  Defendant McKaulley failed to intervene this excessive force.

217  Plaintiff never resisted and was not able to defend himself.

218  Sometime later defendant mckaulley approached plaintiffs door for a exercise. plaintiff was scared for his life due to last excessive force plaintiff endured two hours earlier. Plaintiff refused exercise.

219  Plaintiff was still improperly placed in Kuffbag and I.R.S. belt along with shackles.

220 Defendant McKaulley approaches plaintiffs door again with Defendant Fye, Thompson, Tom, Bagrosky and John Doe 9.

221 At no time was plaintiff combative or aggressive in kuffbag, shackles and I.R.S.

222 Plaintiffs door was opened in which defendant Thompson grabbed plaintiff by the neck in anger and thrown plaintiff to the ground.

223 While on the ground defendant Thompson kneed plaintiff in the face twice and banged Plaintiffs head on the ground.

224 Defendant Fye then began to grab and twist plaintiffs testicles.

225 C.o. Bagrosky, C.o. Tom and Defendants McKaulley Failed to protect plaintiff.

226 At no time was plaintiff resistant or combative and was still in kuffbag / I.R.S. belt.

227 After this excessive force plaintiff was
switched kuffbag which had two wripped
slits on the kuffbag which plaintiff
could stick both hands through.

228 When plaintiff noticed this plaintiff alerted the
camera and defendant mckavlley to no avail.

229 After brufing Defendant Thompson told the
officer who was on post to watch plaintiff
24-7 to leave and he was going to spray
me.

230 Defendant Thompson relieving the officer on
post was unusual as the officer on post
took a bid to be on that job and such
was not Thompsons duty or post.

231 Defendant Thompson intentionally told the post
officer to leave to spray plaintiff without
reason.

232 Defendant Thompson then told plaintiff that
Defendants mckavlley, Fye, Tom and himself
was told to "break your spirit" with excessive
force while plaintiff was F.R.S./kuff bag and
shackles.

233 Seconds later Defendant Thompson stated "Nothing personal just following captains orders" and Defendant Thompson began to spray plaintiff although plaintiff was doing nothing to warrant such.

234 Defendant Thompson sprayed for 9-12 seconds although he was trained to do 2-3 second burst with spray. Defendant Thompson emptied the can aiming to kill plaintiff.

235 This planned attack was intentional as Defendant McKaulley was 10 feet away watching but waited 15-20 minutes to pull plaintiff out the cell aiming to injure/kill plaintiff.

236 Sometime later plaintiff was pulled out the cell and then placed back in the cell in 4 point restraints on the bed and the cell was never decontaminated.

237 The cell was filled up with so much O/C spray that defendants could not breathe and defendant Fye fell due to so much O/C spray on the floor.

238 Plaintiff was forced and left in this contaminated cell which was clearly contaminated which was noticeable on camera. This was done intentionally by defendant mckavlley.

<u>Deliberate indifference, medical malpractice, negligence,</u>
<u>Failure to Protect</u>

239 6-16-23 Plaintiff had surgery on both feet due
to a medical condition. Plaintiff was given strict
orders by Doctor at hospital to stay off feet.

240 Plaintiff was initially provided a wheelchair 6-19-23
Plaintiff was moved from medical to B.m.u Program.
Wheelchair was not provided on a long walk to
the B.m.u.

241 6-19-23 Plaintiff was taken to shower in which
plaintiff requested a handicap shower due to
plaintiff unable to stand for extended periods
of time and plaintiffs feet heavily bandaged.

242 Plaintiffs was denied the handicap shower per
Defendant miller,

243 Defendant mauk had knowledge plaintiff could not
stand on feet due to surgery and failed to place
Plaintiff on medical Hold for Handicap
Shower Defendant solomon was aware also

244 6/19·23 plaintiff attempted to take a shower but feel very hard on side hip causing plaintiff unbearable pain in back and hip.

245 Due to plaintiff placed in regular shower unable to grab on anything and not placed in handicap shower plaintiff suffered this injury.

246 Defendants Mauk, solamon and John Doe 10 (medical director) had knowledge or should have known plaintiff should've been placed in handicap shower due to recent surgery on both feet and feet heavily bandaged.

247 Plaintiff still has hip/back pain due to this injury plaintiff suffered on 6·19·23

<u>Deliberate indifference, Denial of medical treatment,</u>
<u>Denial of mental health treatment, Failure to Protect,</u>
<u>American Disability Act violation</u>

248 Upon entering S.C.I. Rockview in March of 2023
plaintiff was aware of recent suicides and in
midst of a "suicide cluster" in "4 suicides in
7 weeks" due to denial and lack of mental
health treatment.

249 Defendants Rowe, Soliman, Woodring was well aware
of suicides in the level 5 housing unit and
throughout the jail. But Failed to provide proper
services to eliminate such.

250 Any time there was a suicide in Department of
corrections defendants Soliman, Rowe, Woodring are
to ensure the Hostage negotiation team comes
around to ensure safety of inmates and to
provide support. This never took place in none
of unfortunate suicides at S.C.I. Rockview.

251 No form of psych came around when any
suicide took place at S.C.I. Rockview.

252 in 2023 S.C.I Rockview had 4 of the 17
suicides that took place in all of Jails
just in 7 weeks.

253 upon entering S.C.I. Rockview Plaintiff was
placed in B.M.U. Program and was not afforded
to see a psychiatrist per policy. Plaintiff began
challenging his mental health treatment.

254 Due to such lack of mental health and a pattern
of deliberate indifference plaintiff began to feel
the effects of such and constantly had the
thought of suicide as it was so relevant
at S.C.I. Rockview.

255 11/16/23 plaintiff was struggling with suicidal
thoughts in which Defendant Davis who was
the certified Registered Nurse Practioner and oversee
all medications, diagnosis and determines who will receive
suicide prevention treatment.

256 Plaintiff told defendant Davis he felt suicidal
in which defendant Davis attempted to diminish
how Plaintiff felt stating "are you sure" and
"in my experience you wouldve hanged yourself as
People that is suicidal dont tell no one"

257 Defendant encourage plaintiff to not tell anyone about his suicidal thoughts and to hang himself in the midst of suicides at Rockview and due to Defendant M.Hm Health professionals lack of training and knowledge of suicides

258 11-21-23 Plaintiff was struggling having suicidal ideations as Plaintiff has a extensive history of suicide attempts. Plaintiff was offered to speak to C.R.N.P. Defendant Davis.

259 Defendant Davis stated "I'm not seeing you out of cell easley until you respect psych wisson" concerned about another staff instead of plaintiffs suicidal thoughts.

260 Defendant Davis continued "I'm well aware of you sueing M.Hm thats who I work for. Your tryn to sue me. I know your game. If you was suicidal you wouldn't be here."

261 Due to lack of treatment Plaintiff began to suffer and have suicidal thoughts and attempt to commit suicide.

262. 4-19-24 plaintiff was having serious suicidal thoughts in which Defendant Davis approached plaintiffs door as plaintiff already cut his wrist in which defendant Davis stated "It appears you did a little scratching cause your mad" aiming to downplay plaintiff suicidal ideations.

263. Defendant Davis stated "your cut is not deep enough" Defendant Davis then went to another inmates door in which the inmate was encouraging plaintiff to commit suicide and Defendant Davis stated to inmate "thanks".

264. Defendant Davis then left plaintiff cell without proper treatment and plaintiff bleeding in which Plaintiff attempted to hang himself and cutting his wrist which resulted in 7 stitches in the wrist plaintiff attempted suicide.

265. Defendant had knowledge of plaintiffs history of serious suicide attempts and knowledge of plaintiff wish to commit suicide on 4-19-24 but failed to provide any treatment which left plaintiff to attempt to commit suicide.

266  On 5.30.24 plaintiff was having mental health issues and told defendant Bowman he had thoughts of self harm in which defendant Bowman stated "have at it" and "what else is new".

267  Defendant Bowman also stated "all you do is write grievances and tell on everybody" in which inmates came on door and started pounding calling plaintiff a rat.

268  From such interaction plaintiff was now labled a rat and targeted. Plaintiff did not feel safe due to such label.

269  Plaintiff was not afforded any mental health treatment when he told defendant Bowman he had thoughts of self harm.

270  Sometime later Plaintiffs consuler came to Plaintiffs door to sign some documents and noticed the blood on plaintiffs wrist and plaintiffs self harm after he told defendant Bowman to no avail.

271  Sometime after seeing consuler plaintiff was seen by defendant Durst and Defendant Bowman.

272 Defendant Durst told plaintiff "Dont request to see or speak to Bowman no more" Defendants noted the blood on plaintiff and failed to go through proper channels and contact a C.R.N.P. or Psychiatrist.

273 Plaintiff was sent back to his cell with blood all over his cell and rugs only to be ignored. Which has grown into a pattern at S.C.I. Rockview.

274 6.3.24 Plaintiff was struggling with self harm thoughts in which defendant Davis approached plaintiffs cell stating "What are you cryn about now" in which plaintiff iterated to plaintiff his thoughts of self harm.

275 Defendant Davis stated "Im sitting here. I dont see no blood show me some blood Easley" attempting to antagonize plaintiff with unprofessional statements.

276 Defendant Davis then continued stating "if you feel suicidal dont tell no-body. just do it. make life easier for us all - your not going to T.B.O. until I see blood or your hanging by your neck."

277 Defendant Davis left plaintiffs cell and ignored plaintiffs claims of self harm. Sometime later a ranking officer came to plaintiffs cell stating "I dont know what you did to her but you got her mad and she is not putting you in P.O.C. they want you to go to G·A·1 cell"

278 G·A·1 cell is a torture cell that is under constant illumination, feces all over cell and plaintiff was put on all restrictions instead of provided mental health treatment due to thoughts of self harm.

279 once in this torture cell plaintiff began to commit self harm and attempt to commit suicide which led to plaintiff sent to the hospital and recieved 9 (nine) stitches due to this self harm.

280 upon returning from hospital a nurse smith stated "Davis gave us all a order not to put you in T.B.O·/P.o.c. under no circumstances"

281 T.B.o·/P.o.c. is where inmates go after threats of self harm to recieve mental health treatment and under constant watch by staff.

282 instead plaintiff was placed back in torture cell.

283 once in the cell plaintiff began to commit self harm again which resulted in plaintiff going right back to the hospital and recieving 4 stitches.

284 All this took place on 6·3·24 after plaintiff told defendant Davis he had thoughts of self harm only to be ignored which led to plaintiff commiting self harm which resulted in 13 stitches from two incidents and two hospital trips due to seriousness of cuts.

285 6·5·24 plaintiff was having suicidal thoughts in which defendant Durst told plaintiff he and defendant davis came upon agreement anytime I am suicidal I will be placed in the recovery cell and punished for such.

286 The recovery cell is a hard cell that is constant illumination, Feces, blood all over the cell. No mattress and no water or property,

287 Defendant Durst and Defendant Davis have extensive Knowledge of plaintiffs mental health issues but aimed to punish plaintiff for having mental health issues and deny mental health treatment.

288 on 6-5-24 Defendants Bowman and Durst told plaintiff he lost his phase in the BMW program for having a mental health issue.

289 9-27-24 plaintiff was having suicide thoughts which he iterated to defendant smith and led to defendant smith laughing (Erin smith)

290 Plaintiff then attempted suicide and left plaintiff to cut himself severely and had to be sent to the hospital to received 6 stitches.

291 Defendant Erin smith stated she was advised by Defendant Davis to dont place plaintiff on Psych or mental health status when plaintiff is suicidal as defendant Davis did not want to speak to him.

292 9-30-24  Plaintiff still never seen a psychiatrist per policy from 9-29-24 incident when plaintiff went to hospital for self harm.

293 9-30-24 plaintiff was still having thoughts of self harm which he iterated to nurse Defendant Dawn. Defendant Dawn stated "Nadine davis already let us know you will not be put on psychiatrist status and will not speak to a psychiatrist."

294 Plaintiff was denied any mental health support which led to plaintiff attempted suicide on 9-30-24 and having to recieve stitches. On two occassions for 18 and then 3 stitches.

295 Both occasions plaintiff was sent to hospital due to severity of suicide attempt on 9-30-24.

296 After suicide attempt plaintiff was not afforded any psychiatrict mental health support due to nadine davis direction.

297    Claims  For  relief
          Wherefore I request the following relief

A. Declare acts, actions, or emissions of each
   individual unconstitutional.

B. Issue injunctive relief sufficient to rectify
   the unconstitutional policies, procedures, acts and
   emissions complained of herein and provide
   oversight.

C. Request immediate follow up investigation by U.S.
   Department of Justice.

D. Order psychological physical evaluation and
   diagnosis of plaintiff at defendants expense.

E. Order physical examination and diagnosis of
   Plaintiff by an outside physician or doctor regarding
   the physical injuries plaintiff still suffer from.

F. Award plaintiff 300,000 (three hundred thousand)
   in compensatory Damages

G. Request Appointment of counsel

14. Award plaintiff punitive damages, Attorney Fees and any other relief this court deems proper and Just.

298.        <u>Exhaustion of Administrative Remedies</u>
The plaintiff has exhausted his remedies with respect to all claims and all defendants

<u>Verification</u>
I, Warren Easley hereby verifies that the foregoing statements within this complaint are true and correct to the best of my personal Knowledge and belief.

Warren Easley KA1544

