UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

WARREN EASLEY,

        Plaintiff,

        v.

DEPUTY ROWE, *et al.*,

        Defendants.

CIVIL ACTION NO. 3:25-cv-01186

(SAPORITO, J.)

## ORDER

**AND NOW,** this 30th day of April, 2026, in accordance with the attached memorandum, **IT IS HEREBY ORDERED** that defendants' motion to dismiss (Doc. 26) is **GRANTED** in part:

1.    The following claims arising from plaintiff's alleged August 28, 2024, hunger strike and October 1, 2024, restraint chair incident are **DISMISSED** without prejudice: plaintiff's excessive force claims against defendants Fye, Thompson, Tom, Bagrosky, Vogt, and John Does 5 through 8, his failure to protect claim against McKaulley, and his retaliation claim against Vogt.

2.    The Clerk is **DIRECTED** to terminate defendants Fye, Thompson, Tom, Bagrosky, Vogt, McKaulley, and John Does 5 through 8 from the docket.

- 2 -

3.      Within **30 days** of this order, plaintiff must **FILE** a notice advising the Court whether he wishes to dismiss any of the remaining claims. If he does not, the claims will be severed into three separate actions as described in the attached memorandum, and plaintiff will be required to pay the filing fees for each action.


Dated: April 30, 2026                                *s/Joseph F. Saporito, Jr.*
                                                     JOSEPH F. SAPORITO, JR.
                                                     United States District Judge