**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| WARREN EASLEY,<br>Plaintiff,<br>v.<br>DEPUTY ROWE, *et al.*,<br>Defendants. | CIVIL ACTION NO. 3:25-cv-01186<br>(SAPORITO, J.) |

# ORDER

**AND NOW**, this 26th day of August, 2026, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT**:

1. In **Case No. 3:26-cv-01675**, plaintiff will be **PERMITTED** to proceed on an Eighth Amendment excessive force claim against defendant "Lieutenant Vogt" in connection with an alleged incident on July 3, 2023.

2. Any further relief requested in Easley's pending motions (Docs. 39, 41, 47, 49, 50) is **DENIED**.

Dated: August 26, 2026

***s/Joseph F. Saporito, Jr.***
JOSEPH F. SAPORITO, JR.
United States District Judge